| | |
|---|---|
| LAURIE A. TRAKTMAN (SBN 165588)<br>email: lat@gslaw.org<br>**GILBERT & SACKMAN**<br>**A Law Corporation**<br>3699 Wilshire Boulevard, Suite 1200<br>Los Angeles, California 90010<br>Telephone: (323) 938-3000<br>Facsimile: (323) 937-3139 | JS-6 |

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 SECTION 401(k) PLAN; BOARD OF TRUSTEES OF SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF LOCAL 88 INDUSTRY STABILIZATION PROGRAM; and BOARD OF TRUSTEES OF LOCAL 88 APPRENTICE TRAINING AND JOURNEYMAN EDUCATIONAL FUND, SHEET METAL WORKERS NATIONAL PENSION FUND, SHEET METAL WORKERS INTERNATIONAL TRAINING INSTITUTE; SHEET METAL OCCUPATIONAL HEALTH INSTITUTE; NATIONAL ENERGY MANAGEMENT INSTITUTE<br><br>    Plaintiffs,<br><br>    v.<br><br>LIBERTY DUCT, LLC.; CARLOS GONZALEZ; JAMES BARTON and JAMIE MCNULTY, individuals,<br><br>    Defendants. | Case No. 13-cv-00559-SJO-PLA<br><br>ORDER ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of Sheet Metal Workers' Local 88 Section 401(k) Plan ("401(k) Plan"); Board of Trustees of Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc. ("Dues Fund"); Board of Trustees of Sheet Metal Workers' Local 88 Retiree Health Plan ("Retiree Fund"); Board of Trustees of Local 88 Industry Stabilization Program ("Industry Fund"); and Board of Trustees of Local 88 Apprentice Training and Journeyman Educational Fund ("JATC"); Sheet Metal Workers National Pension Fund ('NPF"); Sheet Metal Workers International Training Institute ("ITI"); Sheet Metal Workers National Industry Fund ("National Industry Fund"); Sheet Metal Occupational Health Institute ("SMOHI"); National Energy Management Institute ("NEMI") (collectively the "Plans" or the "Trust Funds"), and individual defendants CARLOS GONZALEZ; JAMES BARTON and JAMIE MCNULTY (collectively, "Individual Defendants"), and LIBERTY DUCT, LLC. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Company and Individual Defendants are indebted to the Plans in the total amount of $206,839.61 as follows: contributions in the amount of $58,453.78 for the work months of November 2012 ($31,552.41) and December 2012 ($26,901.37); contributions pursuant to an audit in the amount of $4,297.49 conducted for the audit period work months of January 2009 through May 2012; $859.50 in liquidated damages accrued pursuant to the audit discrepancy; $90,485.89 in liquidated damages for late payment or nonpayment of contributions for the work months of April 2010, September 2010 through December 2010, January 2011 through May 2011, July 2011, November 2011, and January 2012 through November 2012; plus interest for the late payment or

nonpayment of contributions for the work months April 2010, September 2010 through December 2010, January 2011 through May 2011, July 2011, November 2011, and January 2012 through November 2012 in the amount of $45,242.95; and attorney fees in the amount of $7,500.

      2.     Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $206,839.61 for delinquent employee benefit plan contributions, liquidated damages, attorney fees plus costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

      3.     This Court retains jurisdiction over this matter through October 1, 2013 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by defendants.

**IT IS SO ORDERED.**

Dated: February 14, 2013.

_____
Hon. S. James Otero